ELVIRA G. BROKAW et al., as Executors of ISAAC V. BROKAW, Deceased, Respondents, *v.* LOUIS SHERRY, Appellant.

*Brokaw* v. *Sherry*, 161 App. Div. 796, affirmed.
(Argued December 8, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1914, affirming a judgment in favor of plaintiffs' intestate entered upon the report of a referee in an action brought by the plaintiff's intestate, owner of certain real property, against the defendant, lessee thereof, to recover moneys alleged to have been laid out and expended by the said owner for and on

behalf of the defendant to remove certain encroachments on the street in front of the building and certain vaults underneath the sidewalk.

*Franklin Bien* for appellant.

*Alfred G. Reeves, Ambrose G. Todd* and *William P. Dalton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.